IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 28 2014 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AUGUSTIN MARTINEZ,

                       Plaintiff,

-against-

DNIPRO LLC, VIKTOR PENIUK,

                       Defendants.
------------------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
13-cv-03879 (CBA) (MDG)

**AMON, Chief United States District Judge:**

For the reasons stated on the record at the July 25, 2014 oral argument, Defendants' motion for summary judgment is denied in its entirety. The parties are to arrange a settlement conference before Magistrate Judge Go.

SO ORDERED.

Dated: Brooklyn, N.Y.
       July 25 , 2014

                                       /s/ Carol Bagley Amon
                                       Carol Bagley Amon
                                       Chief United States District Judge

1